Brian H. Kim  (State Bar No. 215492)
James P. Keenley (State Bar No. 253106)
BOLT KEENLEY KIM LLP
2855 Telegraph Avenue, Suite 517
Berkeley, California 94705
Phone: (510) 225-0696
Fax: (510) 225-1095

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| AMIR KAZEROONI, | Case No.: 4:19-cv-02539-HSG |
| Plaintiff, | **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendant. | |

## JOINT STIPULATION

WHEREAS, on June 20, 2019, the Court set a Case Management Conference for August 13, 2019 at 2:00 p.m. (Doc. #12); and

WHEREAS, on August 13, 2019 lead counsel for Plaintiff will be out of the county, due to a previously scheduled and prepaid vacation;

WHEREFORE, the parties stipulate to request a continuance of the case management conference to September 3, 2019 at 2:00 p.m., with the Joint Case Management Statement to be due on August 27, 2019.

IT IS SO STIPULATED.

Dated:  July 15, 2019

BOLT KEENLEY KIM LLP

By:   /s/ Brian H. Kim
    Brian H. Kim
    Attorneys for Plaintiff

Dated:  July 15, 2019

GORDON REES SCULLY MANSUKHANI, LLP

By:   /s/ Ronald K. Alberts
    Ronald K. Alberts
    Attorneys for Defendant

## [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

The Court, having reviewed the stipulation of the parties and good cause showing hereby continues the Case Management Conference currently set for August 13, 2019 to September 3, 2019 at 2:00 p.m. in Courtroom 2, 4th Floor of the Oakland Courthouse.  The Joint Case Management Statement shall be due by August 27, 2019.

IT IS SO ORDERED.

  7/16/2019
Dated

Hon. Haywood S. Gilliam, Jr.
United States District Judge