Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR KAZEROONI,<br><br>             Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>             Defendant. | CASE NO. 4:19-cv-02539-HSG<br>*Hon. Haywood S. Gilliam, Jr.*<br><br>**ORDER GRANTING DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY'S MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT SEPTEMBER 3, 2019 INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Complaint filed: 5/10/2019<br><br>**DATE:** September 3, 2019<br>**TIME:** 2:00 p.m.<br>**PLACE:** Courtroom 2 |

Having reviewed the request in this matter and for good cause appearing, IT IS SO ORDERED that Defendant METROPOLITAN LIFE INSURANCE COMPANY's motion for leave to appear telephonically at the September 3, 2019 initial case management conference is hereby GRANTED. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

DATED: 8/20/2019

*/s/ Haywood S. Gilliam, Jr.*
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

-1-