1  Brian H. Kim  (State Bar No. 215492)
2  James P. Keenley (State Bar No. 253106)
   BOLT KEENLEY KIM LLP
3  2855 Telegraph Avenue, Suite 517
   Berkeley, California 94705
4  Phone: (510) 225-0696
5  Fax: (510) 225-1095

6  *Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| AMIR KAZEROONI, | Case No.: 4:19-CV-02539-HSG |
| Plaintiff, | **STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE; ORDER DISMISSING CASE WITH PREJUDICE** |
| v. | |
| METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendant. | |

Following the settlement of this matter and the receipt of the settlement proceeds, the parties, by and through their respective counsel of record, hereby stipulate that this action shall be dismissed with prejudice, each party to bear its own costs, expenses, and attorneys' fees.

**IT IS SO STIPULATED.**

///

///

Dated: January 24, 2020

                BOLT KEENLEY KIM LLP

                By: /s/ Brian H. Kim
                    Brian H. Kim
                    Attorneys for Plaintiff

Dated: January 24, 2020

                GORDON REES SCULLY
                MANSUKHANI, LLP

                By: /s/ Ronald K. Alberts
                    Ronald K. Alberts
                    Attorneys for Defendant

**ORDER DISMISSING CASE WITH PREJUDICE**

Having reviewed the stipulation of the parties and good cause showing, the Court hereby GRANTS the parties' stipulation and hereby ORDERS that this action, Case 4:19-CV-02539-HSG, is dismissed in its entirety as to all defendants, with prejudice, and with reach party to bear its own fees, costs, and expenses in this matter.

**IT IS SO ORDERED.**

Dated: 1/28/2020

Hon. Haywood S. Gilliam, Jr.
United States District Judge